UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Sep 19, 2008

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-315)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 83,427 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Oct 07, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

### SCHEDULE CTO-315 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| ~~CAC  2  08-4735~~ | ~~Mary Lou Vidergar, et al. v. Buffalo Pumps, Inc., et al.~~ **Opposed 10/3/08** |
| ~~CAC  2  08-4736~~ | ~~James W. Vaught, et al. v. CBS Corp., et al.~~ **Opposed 10/3/08** |
| ~~CAC  2  08-5156~~ | ~~Martha H. Demko, et al. v. CBS Corp., et al.~~ **Opposed 10/3/08** |
| CAC  2  08-5171 | Lawrence E. Jean v. General Electric Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  08-3841 | Monty Zarogoza, et al. v. A.W. Chesterton Co., et al. |
| CAN  3  08-4028 | Loretta Goodenbour, et al. v. A.W. Chesterton Co., et al. |
| CAN  3  08-4070 | Carson Priddy, et al. v. A.W. Chesterton Co., et al. |
| **FLORIDA MIDDLE** | |
| ~~FLM  8  08-1323~~ | ~~Robert Reaser, et al. v. A.W. Chesterton Co., et al.~~ **Opposed 10/3/08** |
| **ILLINOIS NORTHERN** | |
| ~~ILN  1  08-4765~~ | ~~Sandra Carkhuff, etc. v. Foster Wheeler Energy Corp., et al.~~ **Opposed 10/7/08** |
| **INDIANA NORTHERN** | |
| INN  2  07-260 | Barbara Jones, etc. v. General Electric Co., et al. |
| **LOUISIANA WESTERN** | |
| LAW  2  08-1225 | Thomas Stephens v. Union Carbide Corp., et al. |
| **MARYLAND** | |
| ~~MD  1  08-2200~~ | ~~James Rowland Young, et al. v. AC&R Insulation Co., Inc., et al.~~ **Opposed 9/30/08** |
| **MAINE** | |
| ME  2  08-231 | Richard O. Anderson, et al. v. Georgia-Pacific LLC |
| **MINNESOTA** | |
| MN  0  08-4893 | Richard Knowlen v. Burlington Northern & Santa Fe Railway Co. |
| MN  0  08-4987 | Joseph Migliaccio v. Soo Line Railroad Co. |
| MN  0  08-4997 | Robert Boyd, et al. v. Soo Line Railroad Co. |
| **NORTH CAROLINA MIDDLE** | |
| NCM  1  08-538 | Donald C. Ludwig, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-539 | William A. Gaskey, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-540 | Stanley Lee Myers v. Aqua-Chem, Inc., et al. |
| NCM  1  08-549 | Max R. Caudill, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-550 | Lavaughn E. Lowder, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-551 | James D. Boyte, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-555 | Jimmy Ray Starling, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-556 | Dennis W. Strader, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-557 | Tony Ray Williams, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  08-572 | Garland Edward Jones v. Aqua-Chem, Inc., et al. |
| NCM  1  08-573 | Larry M. Reid, Sr., et al. v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-315 Tag-Along Actions (Continued)

    NCM  1  08-594                    Darrell W. Easley, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-596                    Steven G. Hatley, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-597                    Willie H. Williams, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-609                    Randall K. Addis, et al. v. Aqua-Chem, Inc., et al.
    NCM  1  08-610                    Larry W. Bentley, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
    NCW  1  08-373                    Sandra S. Morrow, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-379                    Bill Reid Costner, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-380                    Johnny Charles Barker v. Aqua-Chem, Inc., et al.
    NCW  1  08-381                    Eric Logan Nixon v. Aqua-Chem, Inc., et al.
    NCW  1  08-382                    Thomas H. Barker, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-383                    Cleophus P. Blanton, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-385                    Buddy Ray Branch, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-386                    Robert R. Callahan, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-387                    Loy W. Cannon, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-391                    Sidney A. Chronister, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-392                    Timothy M. Daniels, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-393                    Ronnie LeeRoy Dixon v. Aqua-Chem, Inc., et al.
    NCW  1  08-394                    Charles M. Garrison, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-396                    Clarence L. Herron, Jr., et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-397                    Currie T. Johnson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-398                    Henry L. McCarson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-399                    George S. McEntyre, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-400                    Tony R. Reep, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-401                    Victor R. Richardson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-402                    Jeffery D. Ross, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-403                    John G. Burgess, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-407                    Sidney L. Davidson, et al. v. Aqua-Chem, Inc., et al.
    NCW  1  08-408                    Thomas Lee Mitchell v. Aqua-Chem, Inc., et al.
    NCW  1  08-409                    Robert Lee Floyd, etc. v. Anchor Packing Co., et al.

NEBRASKA
    NE  8  08-349                    Wayne Bergmeyer v. BNSF Railway Co.
    NE  8  08-350                    Larry Baker v. BNSF Railway Co.
    NE  8  08-351                    Charles Fiala v. BNSF Railway Co.
    NE  8  08-352                    Donald Kovar v. BNSF Railway Co.
    NE  8  08-353                    Edward Shaw v. BNSF Railway Co.

NEW YORK EASTERN
    NYE  1  08-2621                  Helen Minker, etc. v. A.W. Chesterton Co., et al.

SOUTH CAROLINA
    SC  0  08-2837                  Ralph L. Gladden, Jr. v. Aqua-Chem, Inc., et al.
    SC  0  08-2838                  Joe Louis Hicks, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2839                  Howard G. Davis, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2849                  Clyde E. McClellan, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2850                  Claude J. Barnett, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2851                  Gary Lee Carnes, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2853                  Jeffrey B. Mendenhall, et al. v. Aqua-Chem, Inc., et al.
    SC  0  08-2854                  David Alan Thielbar v. Aqua-Chem, Inc., et al.
    SC  6  08-2776                  Michael A. Mills, et al. v. Aqua-Chem, Inc., et al.
    SC  6  08-2834                  William H. Burr, et al. v. Aqua-Chem, Inc., et al.

Page 3 of 3

## MDL No. 875 - Schedule CTO-315 Tag-Along Actions (Continued)

| | | | |
|---|---|---|---|
| SC | 7 | 08-2772 | Susan P. McDaniel, etc. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2852 | Edward W. Hyatt v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2769 | Arthur Robert Kibler v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2771 | Robert William Vissage v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2777 | Donald J. Butts, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2779 | Joseph H. Campbell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2781 | Larry Eugene Foster v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2786 | Johnnie Peterson, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2835 | Robert E. Cleveland, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2836 | William N. Gardner, Jr., et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 08-2848 | Walter Lee Lollis v. Aqua-Chem, Inc., et al. |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 2 | 08-9394 | Donald D. Butts v. American Standard, Inc., et al. |
| VAE | 2 | 08-9395 | Eugene J. Callahan v. American Standard, Inc., et al. |
| VAE | 2 | 08-9396 | John M. Cartwright v. American Standard, Inc., et al. |
| VAE | 2 | 08-9397 | Walter D. Duffy v. American Standard, Inc., et al. |
| VAE | 2 | 08-9398 | Jerry L. Hammond v. American Standard, Inc., et al. |
| VAE | 2 | 08-9399 | William E. Hinton v. American Standard, Inc., et al. |
| VAE | 2 | 08-9400 | David L. Jennings v. American Standard, Inc., et al. |
| VAE | 2 | 08-9401 | Norman A. Klass v. American Standard, Inc., et al. |
| VAE | 2 | 08-9402 | Edward J. Stangl v. American Standard, Inc., et al. |
| VAE | 2 | 08-9403 | Wilburn D. Stearman v. American Standard, Inc., et al. |
| VAE | 2 | 08-9404 | Russell E. Torgeson v. American Standard, Inc., et al. |
| VAE | 2 | 08-9405 | Fred J. Lucero v. American Standard, Inc., et al. |
| VAE | 2 | 08-9406 | Earnest L. Meador v. American Standard, Inc., et al. |
| VAE | 2 | 08-9407 | John R. Musser v. American Standard, Inc., et al. |
| VAE | 2 | 08-9408 | Robert E. Neff v. American Standard, Inc., et al. |
| VAE | 2 | 08-9409 | Mauricio Pacheco v. American Standard, Inc., et al. |
| VAE | 2 | 08-9410 | John M. Rielly v. American Standard, Inc., et al. |
| VAE | 2 | 08-9411 | Joe R. Romero v. American Standard, Inc., et al. |
| VAE | 2 | 08-9412 | Charles D. Sims v. American Standard, Inc., et al. |
| VAE | 2 | 08-9413 | Jack D. Billings v. American Standard, Inc., et al. |
| VAE | 2 | 08-9414 | Dale W. Erickson v. American Standard, Inc., et al. |
| VAE | 2 | 08-9415 | Don R. Groff v. American Standard, Inc., et al. |
| VAE | 2 | 08-9416 | Darvin L. Hansen v. American Standard, Inc., et al. |
| VAE | 2 | 08-9417 | Leo A. Hernandez v. American Standard, Inc., et al. |
| VAE | 2 | 08-9418 | William P. Marksman v. American Standard, Inc., et al. |
| VAE | 2 | 08-9419 | Bert A. Olson v. American Standard, Inc., et al. |
| VAE | 2 | 08-9420 | Manuel Aguilar v. American Standard, Inc., et al. |
| VAE | 2 | 08-9421 | Russell J. Dahl v. American Standard, Inc., et al. |
| VAE | 2 | 08-9422 | Aaron W. Edlin v. American Standard, Inc., et al. |
| VAE | 2 | 08-9423 | Robert L. Patterson v. American Standard, Inc., et al. |
| VAE | 2 | 08-9424 | John L. Pepin v. American Standard, Inc., et al. |
| VAE | 2 | 08-9425 | Kenneth E. Pikula v. American Standard, Inc., et al. |
| VAE | 2 | 08-9426 | William D. Radmer v. American Standard, Inc., et al. |
| VAE | 2 | 08-9427 | Kenneth A. Russell v. American Standard, Inc., et al. |
| VAE | 2 | 08-9428 | William H. Monroe, Jr., etc. (Lynwood Bell Angle) v. American Standard, Inc., et al. |
| VAE | 2 | 08-9429 | William H. Monroe, Jr., etc. (Robert Coz Robles) v. American Standard, Inc., et al. |
| VAE | 4 | 08-3256 | Virginia Wine v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3257 | Donald R. Oliver v. 3M Business Products Sales, Inc., et al. |
| VAE | 4 | 08-3258 | William Earl Goings v. 3M Business Products Sales, Inc., et al. |